# ATTACHMENT A

The property to be searched is a **Blu Model View 3 ("Target Cellular Device")**. It was seized by ATF on July 1, 2022, during the search of 3696 Blackmer Road, Ravenna, Michigan. The Target Cellular Device is currently located at the ATF Grand Rapids Field Office in Grand Rapids, Michigan.